IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEBRA A. SMART,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:24cv73-MHT
                               )         (WO)
CIRCLE K STORES, INC.; and     )
ALFA MUTUAL INSURANCE          )
COMPANY;                       )
                               )
     Defendants.               )
```

OPINION

After plaintiff Debra A. Smart filed this personal injury action in state court against defendants Circle K. Stores, Inc. and Alfa Mutual Insurance Company, Circle K. removed the case to this court, asserting that the court has subject-matter jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship), and that Alfa--whose presence in the case would otherwise destroy diversity--was fraudulently joined as a defendant. Smart then moved to remand this case to state court. This case is before the court on the

recommendation of the United States Magistrate Judge that Smart's motion to remand be denied, that Smart's request for costs, expenses, and fees be denied, and that defendant Alfa be dismissed as a party to this action.  There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

    An appropriate order and judgment will be entered.

    DONE, this the 10th day of July, 2024.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**