IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEBRA A. SMART,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:24cv73-MHT
                               )         (WO)
CIRCLE K STORES, INC.; and     )
ALFA MUTUAL INSURANCE          )
COMPANY;                       )
                               )
    Defendants.                )
```

ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED and ADJUDGED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 28) is adopted.

(2) The motion to remand (Doc. 13), including the incorporated request for costs, expenses, and fees, is denied.

(3) All claims against defendant Alfa Mutual Insurance Company are dismissed with prejudice, and said defendant is terminated as a party to this action.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.**

**DONE, this the 10th day of July, 2024.**

                                         **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**