```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DEBRA A. SMART,                )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:24cv73-MHT
                               )           (WO)
CIRCLE K STORES, INC.,         )
                               )
     Defendant.                )
```

OPINION AND ORDER

After plaintiff Debra A. Smart filed this personal injury action in state court against defendants Circle K. Stores, Inc. and Alfa Mutual Insurance Company, Circle K. removed the case to this court, asserting that the court has subject-matter jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship), and that Alfa--whose presence in the case would otherwise destroy diversity--was fraudulently joined as a defendant. Plaintiff then moved to remand this case to state court. Adopting the recommendation of the United States Magistrate Judge, the court denied plaintiff's

motion to remand and dismissed defendant Alfa based on fraudulent joinder. Plaintiff then filed a motion for leave to amend the complaint to add several new nondiverse defendants and moved for a second time to remand the case to state court based on the requested addition of the new defendants.

This case is now before the court on the recommendation of the magistrate judge that plaintiff's motion for leave to amend the complaint and second motion to remand be denied. Plaintiff did not timely file any objections to the recommendation.* Upon an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

---

* Plaintiff's counsel filed objections the day after they were due but did not request leave to file them out of time, explain the reason for the late filing, or even acknowledge that the filing was late. The court therefore considers the objections untimely. In any case, the court has reviewed the objections and finds that, even if they had been timely, the objections would have been overruled.

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 36) is adopted.

(2) The motion for leave to amend the complaint and motion to remand (Doc. 31) are denied.

(3) Defendant's motion to strike (Doc. 38) is denied as unnecessary.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 30th day of September, 2024.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**